

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Reef R. Gillum, D.O., et al., Appellants

No. 06-14-00104-CV        v.

Greg A. Gillum, Appellee

Appeal from the 14th District Court of Dallas County, Texas (Tr. Ct. No. DC-12-03816). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the appellants pay all costs of this appeal.

RENDERED APRIL 21, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk